### 8437. BROWN *v.* THE STATE.

WADE, C. J. 1. "The right of formal arraignment and plea will be con-clusively considered as waived, where the defendant goes to trial before the jury on the merits, and fails, until after verdict, to bring to the attention of the court that he has not been formally called upon to enter a plea to the indictment. Pol. Code, § 10; *Hudson* v. *State,* 117 *Ga.* 704 (45 S. E. 66); *Bryans* v. *State,* 34 *Ga.* 323." *Waller* v. *State,* 2 *Ga. App.* 636 (58 S. E. 1106); *Harris* v. *State,* 11 *Ga. App.* 137 (74 S. E. 895).

2. There being some evidence to support the verdict, which was approved by the trial court, this court will not arbitrarily set aside the verdict.

*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED MARCH 23, 1917.

Indictment for larceny of hog; from Bryan superior court—Judge Sheppard. December 18, 1916.

*Ben A. Way,* for plaintiff in error.

*W. F. Slater, solicitor-general,* contra.

---

### 8438. PERRY *v.* THE STATE.

GEORGE, J. 1. "The right of formal arraignment and plea will be conclu-sively considered as waived, where the defendant goes to trial before the jury, on the merits, and fails, until after verdict, to bring to the attention of the court that he has not been formally called upon to enter a plea to the indictment." *Brown* v. *State,* ante, 619, and cases cited.

2. The evidence in this case, while circumstantial, was sufficient to author-ize the conviction of the accused of the offense of hog stealing. The ex-ceptions taken to the charge of the court, so far as approved by the trial court, are without merit, and the verdict, approved by the trial judge, will not be disturbed by this court. *Landrum* v. *Landrum,* 145 *Ga.* 307 (89 S. E. 201).

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED MARCH 23, 1917.

Indictment for larceny of hog; from Bryan superior court—Judge Sheppard. December 18, 1916.

*Ben A. Way,* for plaintiff in error.

*W. F. Slater, solicitor-general,* contra.